924

No. 10–9100. MEADOUX v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–9108. SERRANO, AKA MEDINA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9110. RENNEKE v. FLORENCE UTILITY COMMISSION ET AL. Ct. App. Wis. Certiorari denied.

No. 10–9123. COX ET AL. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–9128. WILLIAMS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 10–9130. NELSON v. ROBERTS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–9139. WHITE v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 10–9167. PARKER v. RICCI, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9170. STYLES v. PALAKOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CAMP HILL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9208. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9220. SIMMONS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9221. STRADFORD, AKA SELLERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–9223. MILLER v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.